ISRAEL BROCK, Appellant, v. AMERICAN PASTRY & MFG. Co., INC., Doing Business as KNICKERBOCKER BISCUIT COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

LOUIS B. HESSELBROCK, Respondent, v. DETMER WOOLEN COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within five days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

SOL YASS, an Infant, by CELIA YASS, His Guardian ad Litem, Respondent, v. DAVID FRANKFORT and Others, Appellants.— Judgment and order affirmed,

* See, also, *Rules Civ. Prac.*, rules 210–214.— [REP.

with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

KALMAN YASS, Respondent, v. DAVID FRANKFORT and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.